Clerk's Mailing Certificate

A copy of the foregoing Report was mailed this date to each of the following:

Ebony Daschion Baskerville, #361505, pro se
Nottoway Correctional Center
P.O. Box 488
Burkeville, VA  23922

Erin M. Kulpa, Esq.
Assistant Attorney General of Virginia
900 E. Main Street
Richmond, VA  23219

Fernando Galindo, Clerk

By _____
Deputy Clerk

November 18, 2009